UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD PHILLIPS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NAPA STATE HOSPITAL,<br><br>　　　　Respondent. | Case No. 18-CV-02686 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

Petitioner, a California state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 26, 2018, the court dismissed the petition with leave to amend and denied petitioner's motion for leave to proceed in forma pauperis. Petitioner was directed to pay the $5.00 filing fee and file an amended petition within twenty-eight days. To date, petitioner has done neither. Therefore, this action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 9/10/2018

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-02686 LHK (PR)
ORDER OF DISMISSAL